COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# CORRECTED ORDER

Appellate case name:          Elizabeth Helbing v. Oliver Alan Hunt and John William Deaver

Appellate case number:        01-11-00590-CV

Trial court case number:      2009-31060-A

Trial court:                  281st District Court of Harris County

Appellees, Oliver Alan Hunt and John William Deaver, have filed a Motion for Reconsideration En Banc of this Court's opinion and judgment issued November 29, 2012. Appellees' motion fails to comply with Texas Rules of Appellate Procedure, which provide that a motion for rehearing filed in an appellate court must not exceed 4,500 words. *See* TEX. R. APP. P. 9.4(i)(2)(D). Accordingly, we strike appellees' Motion for Reconsideration En Banc. Appellees have until January 25, 2013 to file a motion for reconsideration that complies with the Texas Rules of Appellate Procedure.

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
              ☑ Acting individually    ☐ Acting for the Court

Date: January 10, 2013

1